IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AARON ANDRE KENNEDY,

    Petitioner,

v.

WARDEN BRIAN CAHAK,

    Respondent.

ORDER

21-cv-803-wmc
App. No. 25-2248

On June 18, 2025, the court dismissed the habeas petition filed by petitioner Aaron Andre Kennedy pursuant to 28 U.S.C. § 2254. Petitioner has now filed a notice of appeal from that order and requests leave to proceed *in forma pauperis*. (Dkt # 31). The court cannot consider this request, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. *See* 28 U.S.C. § 1915(a)(2). For this appeal to proceed, petitioner must either pay the $605 appellate docketing fee by August 18, 2025, or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that not later than August 18, 2025, petitioner Aaron Andre Kennedy shall pay the $605 appellate docketing fee or submit a certified copy of an inmate trust fund account statement for the period beginning approximately January 21, 2025 through at least July 21, 2025. If petitioner fails to pay the $605 appellate docketing fee, comply as directed,

1

2

or show cause for failure to do so, then this appeal may be dismissed without further notice.

Entered this 28th day of July, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge